AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

SAMUEL VELEZ-ROSA

Case No. 2:23-cr-84-TPB-NPM

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SAMUEL VELEZ-ROSA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Escape, In Violation of Title 18 U.S.C. § 751(a).

Date: 7/26/2023

*Issuing officer's signature*

City and state: Fort Myers, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:23cr84-TPB-NPM
     18 U.S.C. § 751(a)

SAMUEL VELEZ-ROSA

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about June 5, 2023, in the Middle District of Florida, the defendant,

SAMUEL VELEZ-ROSA,

did knowingly escape from custody imposed on him under and by virtue of process issued under the laws of the United States by a court, to wit a judgment of imprisonment issued on felony charges by the United States District Court, District of Puerto Rico, Case No. 3:16-CR-00773.

In violation of 18 U.S.C. § 751(a).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Michael V. Leeman
Assistant United States Attorney

_____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
APR 1991

No. 2:23-cr-

## UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

SAMUEL VELEZ-ROSA

### INDICTMENT

Violation:

18 U.S.C. § 751(a)

A true bill,

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Filed in open court this 26th day

of July, 2023.

_____
Clerk

Bail $_____

GPO 863 525